Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
740 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:   (916) 649-3777
Facsimile:    (916) 649-3779
Email:         LockshinLawCorp@aol.com

Attorneys for Plaintiff
WILLIE VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE VELASQUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 10, inclusive,<br><br>          Defendants. | No. C-12-5012 CRB |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

1     IT IS HEREBY STIPULATED to by and between counsel for the Plaintiff Willie Valesquez and the defendant UNION PACIFIC RAILROAD COMPANY (UNION PACIFIC) that the Case Management Conference now scheduled for January 11, 2013 should be continued to the first available date in February 2013. This agreement and stipulation is entered into because plaintiff and defense counsel are both scheduled for a two-to-three week trial to commence on January 7, 2013 in the case of Gonero v. Union Pacific Railroad Company, Placer County Superior Court Case No. SCV24808.

Dated: December 27, 2012            LARRY LOCKSHIN, ESQ.
                                                  A Law Corporation

                                                  By:_/s/Larry Lockshin_____
                                                  Larry Lockshin
                                                  Attorney for Plaintiff

Dated: December 27, 2012            FLESHER McKAGUE, LLP


                                                  By:_/s/Jacob Flesher_____
                                                  Jacob Flesher
                                                  Attorney for Defendant
                                                  Union Pacific Railroad Company


**IT IS SO ORDERED.**

It is hereby ordered that the Case Management Conference in this case is continued to February 15, 2013.


Dated: January 3, 2013

                                                _____
                                                JUDGE FOR NORTHERN DISTRICT
                                                COURT OF CALIFORNIA