UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIE VELASQUEZ,<br><br>    Plaintiff(s),<br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant(s).<br>_____/ | No. C 12-05012 CRB (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents and Request for Sanctions, electronically filed on March 15, 2013, which is a discovery matter, to United States Magistrate Judge Laurel Beeler. The motion was noticed for May 3, 2013.

The Court **VACATES** the current hearing date and **DENIES** the pending discovery motion without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter, the Court will evaluate whether further

proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: March 19, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05012 CRB (LB)
NOTICE OF REFERRAL AND ORDER

2