```
1    Jacob D. Flesher, SBN: 210565
     Naisha Covarrubias, SBN: 239499
2    FLESHER McKAGUE LLP
     193 Blue Ravine Road, Suite 265
3    Folsom, CA  95630
     Tele:  (916) 358-9042
4    Fax:   (916) 673-9672

5    Attorneys for Defendant
     UNION PACIFIC RAILROAD COMPANY
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WILLIE VELASQUEZ, | Case No.: C 12-05012 EDL |
|---|---|
| Plaintiff, | **DEFENDANT UNION PACIFIC RAILROAD COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT DECEMBER 13, 2013 CASE MANAGEMENT CONFERENCE; ORDER** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 16-10(a), Defendant UNION PACIFIC RAILROAD COMPANY ("Union Pacific") requests permission to participate in the Case Management Conference scheduled for December 13, 2013 at 8:30 a.m. in the above-entitled Court by telephone.  Union Pacific will be represented at the Case Management Conference by Jacob D. Flesher, lead trial counsel in this case.  Mr. Flesher will be out of state on December 13 on another matter but is able to appear telephonically for the conference at the scheduled date and time. Defense Counsel's direct line is (916)801-9194. Defense Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

Date:  December 5, 2013                     FLESHER McKAGUE LLP

                                                      By: ___/s/Jacob D. Flesher_____
                                                          JACOB D. FLESHER
                                                          Attorneys for Defendant
                                                          UNION PACIFIC RAILROAD COMPANY

-1-

## ORDER

**IT IS SO ORDERED.**

DATED: December 6, 2013



_____
Honorable
UNITED STATES DISTRICT COURT JUDGE

**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**